**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DOMINGO COLON-MONTANEZ, | : | No. 199 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VINCENT MOONEY, | : | |
| SUPERINTENDENT AT SCI-RETREAT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 14th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Application for Nominal Bail and the Application for the Exercise of the Court's King's Bench Power or Extraordinary Jurisdiction are DENIED.  The Application to Expedite is DISMISSED AS MOOT.